# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI   EASTERN D
FILED

2026 MAY 18  A 9: 07

CLERK OF COURT

(Full name of plaintiff(s))

Angelec Reynolds

v.

(Full name of defendant(s))

Lakeside Manufacturing, Inc.

26-C  868

Case Number:

_____

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

6260 W. Leon Ter  Milwaukee  Wisconsin 53218
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant __Lakeside Manufacturing Inc.__
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

I feel that Lakeside Manufacturing Inc. violated my rights. I feel like I was skipped over for trainings that would help me get promotions that I would apply for. Also some things (machines) I knew how to run but I guess they assumed I didn't know how because they would always just keep me in the same two spots. Then a caucasian girl that came in well after me they kept moving her around and training her. When I would

Complaint – 2

ask about my training it was never the right time even when they made a training schedule we didn't go by that when it came to me. They also changed some of my numbers on this thing called a matrix when it was sent in to the EEOC but the original matrix I have, my numbers showed I knew how to do more then when they changed it and sent it in. When I originally started noticing what I feel is racial discrimination was a little bit before April 28, 2024 but on that day I sent a letter by email to the owner of the company about racial discrimination and so did my son because he was going through things as well. Issues have been ongoing with this company. The issues have always happened at Lakeside Manufacturing Inc. I'm honestly not sure why I was being treated this way but for me it felt like racial discrimination. There's more to be explained in full in court.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I won my lawsuit I would like for the court to award me $70,000 for my pain and suffering. I have never been treated in such a way in my life.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES        ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___12___ day of ___May___ 20_26_.

Respectfully Submitted,

*Angelec Reynolds.*
Signature of Plaintiff

*(414)243-2992*
Plaintiff's Telephone Number

*angelec@SBCGlobal.net*
Plaintiff's Email Address

*6260 W Leon Ter*

*Milwaukee WI 53218*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5